IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN, INC., and ALVOGEN GROUP, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
COMPLAINT UNDER SEAL**

Plaintiffs BioDelivery Sciences International, Inc. and Arius Two (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move pursuant to Federal Rules of Civil Procedure 5.2 and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, for leave to file a Complaint and the exhibits thereto against Alvogen PB Research & Development LLC, Alvogen Malta Operations Ltd., Alvogen, Inc., and Alvogen Group, Inc. (collectively, "Defendants") under seal. The bases for this Motion are set forth below.

1.　This is an action for patent infringement arising under 28 U.S.C. § 1331 and the United States Patent Act, 35 U.S.C. § 100 *et seq.*, including 35 U.S.C. §§ 271(e)(2) and (b)-(c), and under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

2.　The claims for patent infringement brought in this action are based on Defendants' development and stated intent to import, market, and sell in Delaware and throughout the United

States a generic version of Plaintiffs' pharmaceutical drug product, BELBUCA® (buprenorphine buccal film).

3. Defendants previously submitted ANDA No. 211594 to the FDA seeking to obtain approval for a generic version of buprenorphine buccal film prior to the expiration of three Orange Book-listed patents, including U.S. Patent Nos. 8,147,866 ("the '866 patent) and 9,901,539 ("the '539 patent"). Plaintiffs brought suit, and on December 20, 2021 the Court issued an opinion finding that claims 4 and 5 of the '866 patent and claims 9 and 20 of the '529 patent are not invalid, and that Alvogen infringes these claims. *BioDelivery Scis. Int'l, Inc. v. Alvogen PB Rsch. & Dev. LLC*, 576 F. Supp. 3d 184, 211–12 (D. Del. 2021). A final judgment was entered that enjoined Alvogen from making, using, or selling its generic buprenorphine products prior to December 21, 2032 (the expiration of the '539 patent), and prohibiting approval of ANDA No. 211594 prior to this same date.

4. The Federal Circuit affirmed this Court's final judgment that claims 4 and 5 of the '866 patent and claims 9 and 20 of the '539 patent are not invalid. *Arius Two, Inc. v. Alvogen PB Rsch. & Dev. LLC*, No. 2022-1394, 2022 WL 17828352, at *5 (Fed. Cir. Dec. 21, 2022).

5. Defendants subsequently submitted ANDA No. 220582 to obtain approval for a generic version of buprenorphine buccal film prior to the expiration of the '539 patent.

6. The Complaint refers to and includes as exhibits portions of ANDA No. 220582 concerning Defendants' ANDA products, which Defendants produced subject to a protective order and may contend are confidential.

7. Plaintiffs, out of an abundance of caution, therefore seek leave to file their Complaint and exhibits thereto under seal.

8. Plaintiffs will file a public version of the Complaint and exhibits, with the confidential information redacted, within seven (7) days of this motion being granted.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that they be permitted to file and maintain their Complaint and exhibits under seal, and respectfully requests that the Court enter the Proposed Order submitted herewith.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | Anthony D. Raucci (#5948) |
| Jennifer Swan | 1201 North Market Street |
| HOGAN LOVELLS US LLP | P.O. Box 1347 |
| 855 Main Street, Suite 200 | Wilmington, DE  19899-1347 |
| Redwood City, CA 94063 | (302) 658-9200 |
| (650) 463-4000 | jtigan@morrisnichols.com |
|  | araucci@morrisnichols.com |
| Howard W. Levine |  |
| HOGAN LOVELLS US LLP | *Attorneys for Plaintiffs* |
| Columbia Square |  |
| 555 Thirteenth Street, NW |  |
| Washington, DC 20004 |  |
| (202) 637-5600 |  |
|  |  |
| July 24, 2025 |  |